**Order entered January 12, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01237-CR

### ALAN FREDERICK BEARDEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 19-40112-86-F

## ORDER

The clerk's record in this case is incomplete. It does not contain the signed jury's verdict for the guilt stage of the trial, and it does not contain the complete charge of the court for the punishment stage of the trial. Accordingly, we **ORDER** Rhonda Hughey, Clerk of the District/County Court at Law of Kaufman County to file by **JANUARY 26, 2023,** a supplemental record containing the signed jury's verdict at the guilt stage and the court's complete charge at the punishment stage.

We **DIRECT** the Clerk to send a copy of this order to Rhonda Hughey, Clerk of the District/County Court at Law of Kaufman County, and to counsel for all parties.

/s/ NANCY KENNEDY
   JUSTICE